# United States District Court

## DISTRICT OF KANSAS

In the Matter of the Seizure of:

Seventeen Electronic Accounts Identified On
Attachment A, Stored at Google, LLC,
1600 Amphitheatre Parkway, Mountain View,
CA 94043

**APPLICATION AND AFFIDAVIT**
**SEIZURE WARRANT**

CASE NO: 24-mj-08144-TJJ

**UNDER SEAL**

I, Jerad Hall, being duly sworn depose and say:

I am a Special Agent with the Federal Bureau of Investigation, and have reason to believe that in the District of Kansas or elsewhere, and within the jurisdiction of the United States pursuant to 18 U.S.C. § 981(b)(3), there is now certain property, namely:

Seventeen Electronic Accounts Identified On Attachment A, Stored At Google, LLC,
1600 Amphitheatre Parkway, Mountain View, CA 94043.

which is subject to forfeiture to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(G), 18 U.S.C. § 982(a), and 28 U.S.C. § 2461 for violations of Title 18, U.S.C. §§ 371, 1030, and 1956(h) .

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

See attached affidavit and Attachment A, continued on the attached sheet and made a part hereof.

☒ Yes   ☐ No

/s/ Jerad Hall
_____
Special Agent Jerad Hall
Federal Bureau of Investigation

Subscribed in my presence by telephone:

July 24, 2024
_____
Date

Topeka, Kansas
_____
City and State

_____
THE HONORABLE RACHEL E. SCHWARTZ
United States Magistrate Judge

## INDEX

| | |
|---|---|
| raajivkum26@gmail.com | ¶ 29, 30, 32, 33, 49 |
| songvedembmt1@gmail.com | ¶ 32 |
| daviddpedroo999@gmail.com | ¶ 32 |
| david.0000.paul@gmail.com | ¶ 32 |
| kopasrsele@gmail.com | ¶ 32, 33 |
| coinhakohuobi@gmail.com | ¶ 32 |
| kasurkurma20feb@gmail.com | ¶ 32 |
| busisyhasi@gmail.com | ¶ 32 |
| jamie.dornan05@gmail.com | ¶ 32 |
| asitdolui6666@gmail.com | ¶ 33, 49 |
| tayronqxhardy07@gmail.com | ¶ 34 |
| leeboreas@gmail.com | ¶ 35 |
| vkr5731@gmail.com | ¶ 36 |
| duttapritom78@gmail.com | ¶ 36 |
| nirmhanpandiri@gmail.com | ¶ 37 |
| nicolas6999999@gmail.com | ¶ 38 |
| reneefletcher1988@gmail.com | ¶ 39 |
| whas1985@yahoo.com | ¶ 27, 28, 29, 30, 35, 36, 39, 40, 41, 42, 46, 47, 48 |
| wj0705@yahoo.com | ¶ 41 |
| rajusandhipeta@yahoo.com | ¶ 42 |
| rajeshchatarghi@yahoo.com | ¶ 43 |
| murthyvenu@yahoo.com | ¶ 44 |
| rudhraduppatla@yahoo.com | ¶ 44 |
| jeevanmannepu@yahoo.com | ¶ 45 |
| kiranvanasathi@yahoo.com | ¶ 46, 47 |
| letitiajpoland@yahoo.com | ¶ 36, 46 |
| jainathmanoj@yahoo.com | ¶ 36, 46 |
| ramsethul@yahoo.com | ¶ 46 |
| vardhan_girish@yahoo.com | ¶ 47 |
| kiranvaghi@yahoo.com | ¶ 47 |
| nandhankorada@yahoo.com | ¶ 47 |
| karthivalasa@yahoo.com | ¶ 47 |
| raginishraina@yahoo.com | ¶ 47 |
| pranithkanakala@yahoo.com | ¶ 47 |
| shivanghjain@yahoo.com | ¶ 47 |
| reneeafletcher@mail.com | ¶ 39, 48 |
| tomson.wedner@mail.com | ¶ 29, 33, 49 |

## ATTACHMENT A

### I.    Seizure Procedure

A.    The seizure warrant will be transmitted electronically to personnel of the provider listed in Section II ("**Subject Provider**") who is directed to make any changes necessary to restrain and lock the **Target Accounts** pending transfer of all rights, title, and interest in the **Target Accounts** to the United States upon completion of forfeiture proceedings.

B.    Upon seizure of the **Target Accounts**, the **Subject Provider** shall take all steps necessary to restrain and lock the account to ensure that access to or manipulation of the forfeitable property cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with the United States.

C.    The **Subject Provider** shall disable all access to the **Target Accounts** except as necessary for the **Subject Provider** to comply with any additional legal process or engage in normal business operations.

### II.    Subject Provider

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043

### III.    Target Accounts

raajivkum26@gmail.com
songvedembmt1@gmail.com
daviddpedroo999@gmail.com
david.0000.paul@gmail.com
kopasrsele@gmail.com
coinhakohuobi@gmail.com
kasurkurma20feb@gmail.com
busisyhasi@gmail.com
jamie.dornan05@gmail.com
asitdolui6666@gmail.com
tayronqxhardy07@gmail.com
leeboreas@gmail.com
vkr5731@gmail.com
duttapritom78@gmail.com
nirmhanpandiri@gmail.com
nicolas6999999@gmail.com
reneefletcher1988@gmail.com

## ATTACHMENT B

### I.    Seizure Procedure

A.    The seizure warrant will be transmitted electronically to personnel of the provider listed in Section II ("**Subject Provider**") who is directed to make any changes necessary to restrain and lock the **Target Accounts** pending transfer of all rights, title, and interest in the **Target Accounts** to the United States upon completion of forfeiture proceedings.

B.    Upon seizure of the **Target Accounts**, the **Subject Provider** shall take all steps necessary to restrain and lock the account to ensure that access to or manipulation of the forfeitable property cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with the United States.

C.    The **Subject Provider** shall disable all access to the **Target Accounts** except as necessary for the **Subject Provider** to comply with any additional legal process or engage in normal business operations.

### II.    Subject Provider

Yahoo Inc., 770 Broadway, 9th Floor, New York, NY 10003

### III.    Target Accounts

whas1985@yahoo.com
wj0705@yahoo.com
rajusandhipeta@yahoo.com
rajeshchatarghi@yahoo.com
murthyvenu@yahoo.com
rudhraduppatla@yahoo.com
jeevanmannepu@yahoo.com
kiranvanasathi@yahoo.com
letitiajpoland@yahoo.com
jainathmanoj@yahoo.com
ramsethul@yahoo.com
vardhan_girish@yahoo.com
kiranvaghi@yahoo.com
nandhankorada@yahoo.com
karthivalasa@yahoo.com
raginishraina@yahoo.com
pranithkanakala@yahoo.com
shivanghjain@yahoo.com

27

## ATTACHMENT C

### I.    Seizure Procedure

A.    The seizure warrant will be transmitted electronically to personnel of the provider listed in Section II ("**Subject Provider**") who is directed to make any changes necessary to restrain and lock the **Target Accounts** pending transfer of all rights, title, and interest in the **Target Accounts** to the United States upon completion of forfeiture proceedings.

B.    Upon seizure of the **Target Accounts**, the **Subject Provider** shall take all steps necessary to restrain and lock the account to ensure that access to or manipulation of the forfeitable property cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with the United States.

C.    The **Subject Provider** shall disable all access to the **Target Accounts** except as necessary for the **Subject Provider** to comply with any additional legal process or engage in normal business operations.

### II.    Subject Provider

IONOS Inc. (1&1Mail & Media, Inc. (Mail.com)), Two Logan Square, 100 N. 18th Street, Suite 400, Philadelphia, PA 19103

### III.    Target Accounts

reneeafletcher@mail.com
tomson.wedner@mail.com

## APPENDIX A:  LIST OF WARRANTS ISSUED IN THIS INVESTIGATION TO DATE

Seizure Warrants

22-mj-08087-ADM

24-mj-08113-ADM

24-mj-08124-ADM

Search Warrants

21-mj-08180-TJJ

21-mj-08258-JPO

21-mj-08262-JPO

21-mj-08263-JPO

21-mj-08269-TJJ

22-mj-08005-TJJ

22-mj-08011-TJJ

22-mj-08012-JPO

22-mj-08035-TJ

22-mj-08036-TJJ

22-mj-08041-TJJ

22-mj-08042-TJJ

22-mj-08057-TJJ

22-mj-08062-TJJ

22-mj-08066-TJJ

22-mj-08070-TJJ

22-mj-08089-ADM

22-mj-08090-TJJ

22-mj-08091-TJJ

22-mj-08092-TJJ

22-mj-08093-ADM

22-mj-08098-ADM

22-mj-08150-ADM

22-mj-08177-TJJ

22-mj-08209-TJJ

22-mj-08210-TJJ

22-mj-08211-TJJ

22-mj-08249-TJJ

22-mj-08250-ADM

22-mj-08251-ADM

22-mj-08252-TJJ

22-mj-08253-TJJ

22-mj-08257-ADM

22-mj-08258-TJJ

23-mj-08035-TJJ

23-mj-08043-TJJ

23-mj-08052-TJJ

23-mj-08054-TJJ

23-mj-08055-TJJ